# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re: TERRY S OSBORN  
Debtor(s)

Case No.: 20-10960-JDW

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Locke D. Barkley, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/04/2020.
2) The plan was confirmed on 06/18/2020.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on 09/22/2020.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 12/18/2020.
5) The case was dismissed on 11/15/2021.
6) Number of months from filing or conversion to last payment: 18.
7) Number of months case was pending: 20.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 19,200.00.
10) Amount of unsecured claims discharged without full payment: .00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $9,666.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $9,666.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $1,549.90 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $676.62 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $2,226.52 |
| Attorney fees paid and disclosed by debtor: | $.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAS CAR MART INC | Secured | 13,500.00 | 13,409.79 | 13,409.79 | 2,237.47 | 1,077.95 |
| DICK S SANDERS AND CHARLIE SANDE | Secured | 15,000.00 | 17,565.46 | 9,000.00 | 1,493.44 | 725.92 |
| DICK S SANDERS AND CHARLIE SANDE | Unsecured | NA | 8,565.46 | 8,565.46 | .00 | .00 |
| DONNISE JACKSON | Secured | NA | NA | NA | .00 | .00 |
| FRANKLIN COLLECTION SERVICES | Unsecured | 252.36 | NA | NA | .00 | .00 |
| GRACELAND PROPERTIES, LLC | Secured | NA | NA | NA | .00 | .00 |
| HIGHWAY SALES INC | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Priority | 5,862.33 | 4,935.44 | 4,935.44 | 1,050.30 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Secured | NA | NA | NA | .00 | .00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 2,853.35 | 2,853.35 | .00 | .00 |
| MISSISSIPPI TITLE LOANS | Secured | 300.00 | 3,758.28 | 300.00 | .00 | .00 |
| MISSISSIPPI TITLE LOANS | Unsecured | NA | 3,458.28 | 3,458.28 | .00 | .00 |
| MS DEPARTMENT OF REVENUE | Priority | NA | 797.68 | 797.68 | 178.55 | .00 |
| MS DEPARTMENT OF REVENUE | Secured | 2,623.43 | 2,786.02 | 2,786.02 | 477.14 | 198.71 |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

In re:  TERRY S OSBORN                                                            Case No.:  20-10960-JDW

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MS DEPARTMENT OF REVENUE | Unsecured | NA | 106.00 | 106.00 | .00 | .00 |
| NCEP, LLC BY AIS DATA SERVICES, LP | Secured | NA | 1,950.85 | 1,950.85 | .00 | .00 |
| NCEP, LLC BY AIS DATA SERVICES, LP | Secured | NA | NA | NA | .00 | .00 |
| PROFESSIONAL CREDIT ANALYSTS OF | Secured | 1,210.00 | NA | NA | .00 | .00 |
| PROFESSIONAL CREDIT ANALYSTS OF | Secured | 862.00 | NA | NA | .00 | .00 |
| PROFESSIONAL CREDIT ANALYSTS OF | Secured | 453.00 | NA | NA | .00 | .00 |
| RED RIVER FEDERAL CREDIT UNION | Secured | 3,884.00 | 3,884.57 | 3,884.57 | .00 | .00 |
| TANNEHILL, CARMEAN & MCKENZIE | Unsecured | 1,448.00 | 1,448.22 | 1,448.22 | .00 | .00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | 19,545.21 | 2,237.47 | 1,077.95 |
| All Other Secured: | 11,786.02 | 1,970.58 | 924.63 |
| **TOTAL SECURED:** | 31,331.23 | 4,208.05 | 2,002.58 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | 5,733.12 | 1,228.85 | .00 |
| **TOTAL PRIORITY:** | 5,733.12 | 1,228.85 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 16,431.31 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $2,226.52 |
| Disbursements to Creditors: | $7,439.48 |
| **TOTAL DISBURSEMENTS:** | $9,666.00 |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date:  11/30/2021                     By:  /s/Locke D. Barkley
                                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.